# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

PHILIP L. FRAIETTA
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

April 29, 2021

MEMO ENDORSED:
The conference in this case scheduled for May 6, 2021 is adjourned to **May 13, 2021 at 9:15 a.m.**

SO ORDERED.

*Via ECF*

*[signature]*

The Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Paul G. Gardephe
United States District Judge

Re:   *Libman v. Hercules Corp..*, Case No. 21-cv-00829-PGG (S.D

Dated: April 30, 2021

Dear Judge Gardephe,

    I represent Plaintiff Abraham Libman ("Plaintiff") in the above-referenced action. I write pursuant to Rule I.E of your Honor's Individual Rules of Practice to request a one-week adjournment of the May 6, 2021 initial pretrial conference. The reason for the requested adjournment is that I have conflicts in other matters, including a court appearance with Judge Schofield on the same day and time. I have conferred with Defendant's Counsel, Mr. Marc Weingard, and confirmed that he consents to the requested adjournment. Mr. Weingard and I both respectfully request that the Court re-schedule the initial pretrial conference to May 13, 2021, and order the Parties to submit our joint letter and joint proposed Case Management Plan on May 6, 2021.

    Thank you for the Court's time and attention to this matter.

Very truly yours,

*[signature]*

Philip L. Fraietta

CC:   All counsel of record (via ECF)