UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM LIBMAN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

HERCULES, INC.,

                Defendant.

**ORDER**

21 Civ. 829 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 13, 2021 is to **May 27, 2021 at 9:45 a.m.**

Dated: New York, New York
       May 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge