UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM LIBMAN, individually and on behalf of all others similarly situated,

                Plaintiff,

- v. -

HERCULES CORP.,

                Defendant.

**ORDER**

21 Civ. 829 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       As discussed at the August 19, 2021 conference, this matter is stayed for 90 days for settlement discussions. The parties will submit a joint letter every thirty days regarding the status of those settlement discussions.

Dated: New York, New York
       August 23, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge